2

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
　　　　clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,
　COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
　　　　 lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No.: 17-13797-9-B |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | Adversary Pro. No.: 18-01005 |
| Debtor. | DC No.:  N/A |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | STIPULATION TO FURTHER EXTEND DATE FOR RESPONSE TO COMPLAINT AND ORDER THEREON |
| Plaintiff, | |
| v. | |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company, | |
| Defendant. | |

1

RECEIVED
March 21, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006244780

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as follows:

1. The within captioned adversary proceeding was filed on January 23, 2018.

2. The current date by which responses are due is March 22, 2018.

3. The parties stipulate and agree that the response date will be extended to April 5, 2018.

4. The parties stipulate and agree that the adversary proceeding status conference shall take place on April 10, 2018 at 1:30 p.m.

5. The parties stipulate and agree to entry of an order approving this Stipulation.

IT IS SO STIPULATED.

Date: 3/21/18

KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN, ESQ.,
Attorneys for HealthCare Conglomerate Associates, LLC

Date: 3/21/18

WALTER WILHELM LAW GROUP

By: /s/ Riley C. Walter
RILEY C. WALTER, Attorneys for
Tulare Local Healthcare District

IT IS SO ORDERED

Dated: Mar 22, 2018

By the Court

/s/ René Lastreto II
René Lastreto II, Judge
United States Bankruptcy Court

2