**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District
**Adversary Title:** Tulare Local Healthcare District v. Healthcare Conglomerate Associates, LLC

**Case No.:** 17-13797 - B - 9
**Adv No.:** 18-01005

**Docket Control No.**
**Date:** 03/28/2018
**Time:** 1:30 PM

**Matter:** Status Conference Re: Complaint - [1] - [1] - (12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)): Complaint 18-01005 by Tulare Local Healthcare District against Healthcare Conglomerate Associates, LLC. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6207707) (jbrm)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 4/10/2018 at 1:30 PM at Fresno Courtroom 13, Department B


Pursuant to a stipulation entered into by the parties, this status conference is continued to April 10, 2018 at 1:30 p.m.