MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
　　　　clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,**
　**COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
　　　　lholder@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 17-13797-9-B |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | **Adversary Pro. No.: 18-01005-B** |
| Debtor. | |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | **HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S NOTICE OF <u>DEMAND FOR JURY TRIAL</u>** |
| Plaintiff, | |
| v. | |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company, | |
| Defendant. | |

## NOTICE

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Healthcare Conglomerate Associates, LLC hereby demands a trial by jury on all triable issues raised in the above-entitled adversary proceeding pursuant to Federal Rules of Civil Procedure Rule 38 and Federal Rules of Bankruptcy Procedure Rule 9015.

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: April 19, 2018     By: _____
HAGOP T. BEDOYAN,
Attorneys for Healthcare Conglomerate Associates, LLC