WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@w2lg.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for TULARE LOCAL HEALTHCARE DISTRICT,
dba TULARE REGIONAL MEDICAL CENTER

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>                  Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>ADV PROC. NO. 18-01005<br><br>**ADVERSARY PROCEEDING STATUS REPORT** |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>    Defendant. | Date: May 16, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street, 5th Floor<br>          Courtroom 13<br>          Fresno, CA 93721 |

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

    Plaintiff Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Plaintiff" or "the District") hereby submits this adversary proceeding status report pursuant to the Court's ruling made at the status conference on April 10, 2018.

## I. STATUS OF PLEADINGS AND SERVICE

    The District filed its complaint initiating this adversary proceeding on January 23, 2018. The complaint was served promptly on HCCA, and HCCA's time to answer or otherwise respond to the complaint was on February 22, 2018. In order to engage in settlement discussions and maximize the opportunities for a settlement, HCCA and the District entered into several stipulations to extend the time for HCCA to respond to the complaint and continue the status conference date set by the Court. (Dkt. Nos. 8, 11 and 13). HCCA filed its answer to the complaint on April 5, 2018. On April 10, 2018, this Court conducted a status conference at which time it ordered the parties to file and serve by not later than May 9, 2018, joint or individual status report(s) and set a further status conference on May 16, 2018. The District intends to amend its complaint to add a claim, and will file and serve its amended complaint on or before May 10, 2018. The District needs to proceed with the status conference now scheduled for May 16, 2018.

## II. STATUS OF SETTLEMENT EFFORTS

### A. Plaintiff's Position

    Prior to February 9, 2018 the parties began working toward a settlement of this adversary proceeding as well as all other complex disputes, claims and litigation between HCCA and the District. These efforts included extensive discussions between counsel for the parties and a 10th hour mediation before a retired federal court judge. Following the mediation, counsel for the parties continued to work toward to document a settlement and resolve issues that were raised after to the mediation. Those efforts continued until May 3, 2018 and those efforts are continuing. The District's counsel estimates that those settlement efforts have taken over 100 attorney hours. Despite the

efforts of counsel for the parties, no settlement has been reached as of the date of execution of this Status Report, although the parties have agreed to continue their efforts to reach agreement.

### III. STATUS OF DISCOVERY

In light of the continuances, HCCA's time to respond to the complaint and the status conference in order for the parties to engage in settlement discussions, the parties have not yet conducted the "Discovery Conference" set forth in the Order ( or the original complaint) to Confer on Initial Disclosures and Setting Deadlines (Dkt No. 4)("Order to Confer"), have not yet made their Initial Disclosures under Rule 26(a) and have not yet commenced discovery. However, as part of the settlement efforts described in Section II above, the parties have considered extensively the nature and basis of their claims and defenses and the possibility of a settlement. At the status conference to be held on May 16, 2018 Plaintiff will request the court to set early deadlines for prosecution of the subject amended complaint.

#### A. Plaintiff's Position

The District is prepared to meet and confer on May 11, 2018 to formulate the Discovery Plan referenced in the Order to Confer and make the Initial Disclosures required by Rule 26(a) within 14 calendar days (or sooner) after such Discovery Conference, unless the court will order an earlier date. The issues raised by the first amended complaint have great bearing on when the District can reopen the hospital and an expedited process is needed.

### IV. LAW & MOTION AND READINESS FOR TRIAL

#### A. Plaintiff's Position

The District intends to file a motion for summary judgment or summary adjudication of issues as soon as it is allowed to do so because the District believes that a judicial determination to avoid any lien created by the Deed of Trust on the District's real property and/or that such Deed of Trust is void or voidable is critical to the District's ability to obtain the necessary funds to reopen Tulare Regional Medical Center. The

District also intends to bring an application and/or motion to expedite various litigation dates to resolve any remaining claims that are not resolved by way of summary proceedings. On April 19, 2018, HCCA filed a demand for a jury trial. The District maintains that HCCA does not a right to a jury trial on any issues in this action. The District anticipates that it will be ready for trial in sixty days and estimates that a trial will take two court days.

V. ADDITIONAL INFORMATION OR COMMENTS FROM EACH PARTY

    A. Plaintiff's Additional Information or Comments

The Districts' ability to reopen the hospital in the near term is dependent upon being able to borrow against its real property so the District will request the Court to enter orders expediting the proceedings related to this adversary proceeding.

Dated: May 8, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Plaintiff
Tulare Local Healthcare District, dba
Tulare Regional Medical Center