WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>　　　　Defendant. | ADV PROC. NO. 18-01005<br><br>DC No.: WW-1<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY JUDGMENT**<br><br>Date:　　August 15, 2018<br>Time:　　1:30 p.m.<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

///

///

TO THE HONORABLE RENÉ LASTRETO II AND TO DEFENDANT HEALTHCARE CONGLOMERATE ASSOCIATES, LLC AND ITS ATTORNEYS OF RECORD:

    Pursuant to and as set forth in the Notice of Motion for Partial Summary Judgment on Sixth Claim for Declaratory Judgment ("Notice"), Debtor and Plaintiff Tulare Local Healthcare District ("Plaintiff" or "District") hereby moves this Court for entry of a declaratory judgment on its sixth claim in favor of Plaintiff and against Defendant Healthcare Conglomerate Associates, LLC.

    Plaintiff brings this motion ("Motion") pursuant to Federal Rule of Civil Procedure 56 and Federal Rules of Bankruptcy Procedure 7056 and 7001, and the Motion is made on the grounds that that there are no genuine issues as to any material fact, and Plaintiff is entitled to a declaratory judgment as requested in its sixth claim alleged in the First Amended Complaint as a matter of law because Yorai Benzeevi was not authorized to execute and record the Deed of Trust.

    This Motion is based on this Notice, the Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, the Separate Statement of Undisputed Facts, the Declaration of Senovia Gutierrez, the pleadings and other papers filed in this action and the District's Chapter 9 bankruptcy case, and any other matters that Plaintiff may present to the Court at the time of the hearing on this Motion.

Dated: July 2, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter,
Attorneys for Plaintiff Tulare Local Healthcare District

---

Motion for Partial Summary Judgment on Sixth Claim
For Declaratory Relief

-2-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory Judgment\motion.070218.kdd.docx