3

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@w2lg.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>     Debtor.<br><br>Tax ID #:  94-6002897<br>Address:  869 N. Cherry Street<br>          Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>     Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>     Defendant. | ADV PROC. NO. 18-01005<br><br>DC No.: WW-1<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY JUDGMENT**<br><br>Date:    August 15, 2018<br>Time:    1:30 p.m.<br>Place:   2500 Tulare Street<br>         Fresno, CA 93721<br>         Courtroom 13<br>Judge:  Honorable René Lastreto II |

*///*

Notice of Motion for Partial Summary Adjudication on
Sixth Claim for Declaratory Judgment

-1-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v.
HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory
Judgment\notice.070218.gaa.docx

1  TO THE HONORABLE RENÉ LASTRETO II AND TO DEFENDANT HEALTHCARE

2  CONGLOMERATE ASSOCIATES, LLC AND ITS ATTORNEYS OF RECORD:

3          PLEASE TAKE NOTICE that on August 15, 2018 at 1:30 p.m., or as soon

4  thereafter as counsel can be heard, in Courtroom 13 of the United States Bankruptcy

5  Court, located at 2500 Tulare Street, Fresno, California, Debtor and Plaintiff Tulare

6  Local Healthcare District ("Plaintiff" or "District"), by and through its counsel, will move

7  this Court for an order granting its Motion for Partial Summary Judgment on the Sixth

8  Claim for Declaratory Judgment alleged in the First Amended Complaint ("Complaint")

9  against Defendant Healthcare Conglomerate Associates, LLC ("Defendant" or "HCCA").

10         Plaintiff will bring the Motion pursuant to Federal Rule of Civil Procedure 56,

11  Federal Rules of Bankruptcy Procedure 7001(9) and 7056, and Local Rule 7056-1 on

12  the grounds that there are no genuine issues as to any material fact, and Plaintiff is

13  entitled to a declaratory judgment as requested in its sixth claim alleged in the

14  Complaint as a matter of law because Yorai Benzeevi was not authorized to execute

15  and record the Deed of Trust.

16         PLEASE TAKE FURTHER NOTICE that Plaintiff's Motion is based on this Notice,

17  the Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice,

18  and the Declaration of Senovia Gutierrez in support of the Motion, the Separate

19  Statement of Undisputed Facts, the pleadings and other papers filed in this action and

20  the District's Chapter 9 bankruptcy case, and any other matters that Plaintiff may

21  present to the Court at the time of the hearing on the Motion.

22         PLEASE TAKE FURTHER NOTICE that Local Rule 9014-1(d)(3)(i) requires that

23  you be advised that any written opposition to the Motion must be filed with the Court

24  and served on or before July 25, 2018 on Plaintiff's counsel at the address set forth in

25  the upper left hand corner of the caption page of this Notice of Motion.

26         PLEASE TAKE FURTHER NOTICE that Local Rule 9014-1(d)(3)(ii) states that

27  the failure to file timely written opposition to the Motion may result in the Motion being

28  resolved without oral argument and the striking of untimely written opposition.

Notice of Motion for Partial Summary Adjudication on          -2-
Sixth Claim for Declaratory Judgment
                                    M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v.
                                    HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory
                                    Judgment\notice.070218.gaa.docx

PLEASE TAKE FURTHER NOTICE that Local Rule 9014-1(d)(3)(iii) states that respondents to the Motion can determine whether the Court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: July 2, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter,
Attorneys for Plaintiff Tulare Local Healthcare District

Notice of Motion for Partial Summary Adjudication on Sixth Claim for Declaratory Judgment

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory Judgment\notice.070218.gaa.docx