WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>           Tulare, CA 93274 | Case No. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>    Defendant. | Adv. Pro. No. 18-01005<br><br>DC No. WW-1<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY JUDGMENT**<br><br>Date:   August 15, 2018<br>Time:   1:30 p.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

Debtor and Plaintiff Tulare Local Healthcare District respectfully submits this Statement of Undisputed Facts pursuant to Local Bankruptcy Rule 7056-1.

| Undisputed Facts | Evidence |
| --- | --- |
| 1. Healthcare Conglomerate Associates, LLC is owned, controlled and managed by Yorai Benzeevi, M.D. | Exhibits B and C to Request for Judicial Notice; Declaration Of Yorai (Benny) Benzeevi, M.D. In Support Of Healthcare Conglomerate Associates, LLC's Opposition To Motion For Authorization To Reject Executory Contract (Dkt. 88) ("Benzeevi Decl.") at p. 2, ¶ 1, lns 1-5; First Amended Complaint to Avoid Preferential Transfers, Fraudulent Conveyance, Declaratory Relief and Cancellation of Written Instrument ("Complaint")(Dkt. 27) at 5; Healthcare Conglomerate Associates, LLC's Answer to First Amended Complaint to Avoid Preferential Transfers, Fraudulent Conveyance, Declaratory Relief and Cancellation of Written Instrument (Dkt. 35)("Answer") at ¶ 5. |
| 2. The Tulare Local Healthcare District is a public local healthcare district organized under the Local Hospital District Law set forth in California's Health and Safety. | Exhibit A to Request for Judicial Notice at p. 1, Article 1, section 2. |
| 3. On May 29, 2014, HCCA and the District entered into a contract involving | Exhibit 2 to Benzeevi Decl.; Dkt Nos. 37, 38, 39 and 40. |

| | |
|---|---|
| four agreements consisting of a Management Services Agreement ("MSA"), Interim Joint Operating Agreement, Joint Operating Agreement and Option. | |
| 4. On September 27, 2017, Benzeevi executed a document entitled Short Form Deed of Trust and Assignment of Rents which was recorded in the Official Records of the County of Tulare as Instrument No. 2017-0059339 on September 28, 2017. | Paragraphs 6 and 7 of the Complaint; Exhibit A to Complaint; HCCA's Answer at paragraphs 6 and 7. |
| 5. The minutes and resolutions of the District for the time period from January 1, 2014 through December 1, 2017, including the minutes and resolutions maintained at the District's office and the minutes and records of the District maintained on HCCA's website as of June 28, 2018: (a) do not indicate that Benzeevi was elected to be a member of the Board of Directors of the District at any time; (b) do not indicate that Benzeevi was elected by any Board Members to be an officer of the District; (c) do not indicate that the District's Board of Directors appointed Benzeevi as the Chief Executive Officer of the District; and (d) do not indicate that the District entered into a contract of | Declaration of Senovia Gutierrez at ¶¶ 4 and 5. |

| | |
|---|---|
| employment with Benzeevi to serve as the Chief Executive Officer or manager of the District. | |

Dated: July 2, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley Walter* (signature)
Riley C. Walter
Attorneys for Plaintiff Tulare Local Healthcare District

Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment on Sixth Claim for Declaratory Judgment

-4-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory Judgment\statement undisputed facts.070218.kdd.docx