WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>             Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>    Defendant. | ADV PROC. NO. 18-01005<br><br>DC No. WW-1<br><br>**DECLARATION OF SENOVIA GUTIERREZ IN SUPPORT OF TULARE LOCAL HEALTHCARE DISTRICT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY JUDGMENT**<br><br>Date: August 15, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

# DECLARATION OF SENOVIA GUTIERREZ

1. My name is Senovia Gutierrez. I am over the age of 18 and a resident of Tulare County, California. I make this declaration in support of the Tulare Local Healthcare District's *Motion For a Declaratory Judgment on Sixth Claim for Declaratory Relief* ("Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called as a witness in this matter, I could and would competently testify thereto.

2. I was elected to serve as the District 3 Director for the Tulare Local Healthcare District (the "District") in a Special Recall Election conducted on July 11, 2017. On July 21, 2017, the results of that Special Recall Election were certified by Michelle Baldwin, the Registrar of Voters of Tulare County. On July 25, 2017, I took the Oath of Office to serve as Area 3 Director for the District.

3. I hold the office of Secretary of both the Board of Directors of the District and the District itself. The duties of the Secretary are set forth in Article IV, Section 4 of the Tulare Local Healthcare District Bylaws (the "District Bylaws"). My duties as Secretary are to be responsible for: (a) seeing that records of all actions, proceedings, and minutes of meetings of the Board of Directors are properly kept and maintained in the office of the Board of Directors; (b) seeing that all ordinances and resolutions of the Board of Directors pertaining to policy and government of the District and its facilities are properly recorded and are maintained in the office of the Board of Directors; (c) serving or causing to be served, all notices required either by law or the District Bylaws; (d) seeing that the seal of the District is in safekeeping in the office of the Board of Directors and using it under the direction of the Board of Directors; and (e) performing such other duties as pertain to the office and as are prescribed by the Board of Directors of the District.

4. I have reviewed the minutes and resolutions of the District for the time period from January 1, 2014 through December 1, 2017, including: (a) the minutes and

Declaration of Senovia Gutierrez in Support of Tulare Local Healthcare District's Motion for Partial Summary Judgment on the Sixth Claim for Declaratory Judgment

-2-

M:\S-U\TRMC\Adversary Proceedings\TRMC v. HCCA ad proc 18-01005\WW-1 Motion for Patrial Summary Judgment\motion.020818.kdd.docx

resolutions maintained at the District's office by my predecessors; (b) the minutes and resolutions maintained at the District's office by me; and (c) the minutes and records of the District maintained on HCCA's website as of June 28, 2018 (http://teamhcca.com/our-locations/tulare-regional-medical-center/board-meetings/).

5. Based on my review of these documents, there is no indication that: (a) Yorai Benzeevi, M.D. ("Benzeevi") was elected to be a member of the Board of Directors of the District at any time; (b) Benzeevi was elected by any Board Members to be an officer of the District; (c) the District's Board of Directors appointed Benzeevi as the Chief Executive Officer of the District; and (d) the District entered into a contract of employment with Benzeevi to serve as the Chief Executive Officer or manager of the District.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2018 at Tulare, California.

Senovia Gutierrez

Declaration of Senovia Gutierrez in Support of Tulare Local Healthcare District's Motion for Partial Summary Judgment on the Sixth Claim for Declaratory Judgment

-3-

M:\S-U\TRMC\Adversary Proceedings\TRMC v. HCCA ad proc 18-01005\WW-1 Motion for Patrial Summary Judgment\motion.020818.kdd.docx