**3**

HAGOP T. BEDOYAN, CSB NO. 131285
KURT D. VAN SCIVER, CSB NO. 263957
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
         kvansciver@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>_____<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company,<br><br>Defendant. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>**Adversary Pro. No.: 18-01005-B**<br><br>DC No. WW-1<br><br>**DECLARATION OF ALAN GERMANY IN SUPPORT OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY RELIEF**<br><br>Date:  August 15, 2018<br>Time:  1:30 p.m.<br>Place:  2500 Tulare Street<br>        Courtroom 13<br>        Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

I, ALAN GERMANY, declare as follows:

1. I am an adult over the age of 18.

2. I make this declaration based on my own personal knowledge. If called upon to do so, I could and would testify competently to the matters stated in this declaration.

3. I make this declaration in support of Healthcare Conglomerate Associates, LLC's ("HCCA") opposition to the motion for summary judgment.

4. I was a consultant for HCCA and Tulare Local Healthcare District dba Tulare Regional Medical Center ("District" or "TRMC"). I was never an employee of HCCA or the District. I was never the CFO or COO of HCCA.

5. Instead, I contracted directly with the District in August 2014 and, as an independent contractor, served as Interim Chief Financial Officer for TRMC.

6. In February 2015, I contracted with HCCA to serve as CFO and COO of TRMC (not HCCA). In January 2016, my contract with HCCA was extended through January 2019.

7. I did not perceive that the election of two board members to the District would be adverse to my economic interest, as stated in the motion for summary judgment, because I had a consulting agreement with HCCA.

8. I did not perceive that the recall of Dr. Kumar would result in more transparency as stated in the motion for summary judgment. During my time as Interim CFO and then CFO and COO of TRMC, I provided substantial detail in board meetings regarding the financial condition of TRMC.

9. When pursuing financing for the District, I acted according to the directions of the District's board, which had directed HCCA to pursue financing. On the advice of counsel, I understood that the new board members of the District had not been seated and their actions were of no effect. On that basis, I understood that the District's board had not rescinded that direction in a lawfully convened meeting with a quorum of seated board members.

10. When I provided Celtic Leasing Corporation with the address of 869 Cherry Street, Tulare, CA 93274 as the address of Tulare Asset Management, I knew that this was the correct address for that entity. On that basis, I provided that address to Celtic Leasing Corporation.

I make this declaration under penalty of perjury under the laws of the state of California.

Executed on July 24, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Alan Germany
　　　　　　　　　　　　　　　　　　　　ALAN GERMANY

4. I was a consultant for HCCA and Tulare Local Healthcare District dba Tulare Regional Medical Center ("District" or "TRMC"). I was never an employee of HCCA or the District. I was never the CFO or COO of HCCA.

5. Instead, I contracted directly with the District in August 2014 and, as an independent contractor, served as Interim Chief Financial Officer for TRMC.

6. In February 2015, I contracted with HCCA to serve as CFO and COO of TRMC (not HCCA). In January 2016, my contract with HCCA was extended through January 2019.

7. I did not perceive that the recall of Dr. Kumar from the TRMC Board would result in more transparency as stated in the motion for summary judgment. During my time as Interim CFO and then CFO and COO of TRMC, I provided substantial detail in board meetings regarding the financial condition of TRMC.

8. When pursuing financing for the District, I acted according to the directions of the District's board, which had directed HCCA to pursue financing. On the advice of counsel, I understood that the new board member of the District had not been seated and her actions were of no effect. On that basis, I understood that the District's board had not rescinded that direction in a lawfully convened meeting with a quorum of seated board members.

9. When I provided Celtic Leasing Corporation with the address of 869 Cherry Street, Tulare, CA 93274 as the address of Tulare Asset Management, I believed that was the correct address for Tulare Asset Management. On that basis, I provided that address to Celtic Leasing Corporation.

I make this declaration under penalty of perjury under the laws of the state of California. Executed on July 24th, 2018.

ALAN GERMANY

ORIGINAL