3

HAGOP T. BEDOYAN, CSB NO. 131285
KURT D. VAN SCIVER, CSB NO. 263957
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
    kvansciver@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 17-13797-9-B |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | **Adversary Pro. No.: 18-01005-B** |
| Debtor. | DC No. WW-1 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | **DECLARATION OF YORAI (BENNY) BENZEEVI, M.D., IN SUPPORT OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY RELIEF** |
| Plaintiff, | |
| v. | |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company, | Date: August 15, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>Courtroom 13<br>Fresno, CA 93721 |
| Defendant. | Judge: Honorable René Lastreto II |

3OP1005

1

DECLARATION OF Y. BENZEEVI

I, YORAI (BENNY) BENZEEVI, M.D., declare as follows:

1. I am an adult over the age of 18.

2. I make this declaration based on my own personal knowledge. If called upon to do so, I could and would testify competently to the matters stated in this declaration.

3. I make this declaration in support of Healthcare Conglomerate Associates, LLC's ("HCCA") opposition to the motion for summary judgment.

4. I am the Managing Member of HCCA. HCCA is a California Limited Liability Company with its principal place of business in Los Angeles and was the Manager of debtor Tulare Local Healthcare District dba Tulare Regional Medical Center ("District" or "TRMC"). I have overall responsibility for the management of HCCA. Prior to HCCA serving as manager of the District, I served as Director of the Emergency Department at TRMC from 2007 until January 2014. I received my medical degree at the University of California, Davis and I am board certified by the American Board of Emergency Medicine and I hold the status of Fellow of the American College of Emergency Medicine. Based on the foregoing positions, I have extensive knowledge of the District and its governance and operations, HCCA's contracts and the performance thereunder, and the relationship between the District and HCCA.

5. From 2007 to 2014, the District employed six different Chief Executive Officers and over six different Chief Financial Officers. The District lost over $16 million in the three fiscal years prior to 2014 and over $8 million in the fiscal year prior to 2014 alone.

6. The District needed new and effective leadership. In December 2013, after a year-long search, the District entered into a short-term management services agreement with HCCA, effective January 2014. The District then entered into a long-term Management Services Agreement (the "MSA") with HCCA to be the exclusive manager and operator of the District,

///
///
///
///

which included specifically the appointment by HCCA of a Chief Executive Officer. Under the MSA, approved by a 5-0 vote of the District's board, HCCA as manager would appoint an individual to serve as the denominated CEO.

7. The MSA established a term of 15 years plus a renewal term of an additional 10 years. Under the terms of the MSA, HCCA had the authority to manage the District on a day-to-day basis. I acted as CEO since 2015. During that time, the District's board never formally or informally questioned my authority to act as CEO of the District nor did the District's board at any time since entering into the MSA with HCCA ever formally or informally question HCCA's authority to appoint a CEO. A true and correct copy of the MSA is attached as **Exhibit A**.

8. HCCA's authority included the power to loan money to the District to cover necessary expenses if the District failed to provide sufficient funds to HCCA for operations. The MSA granted HCCA a security interest in all the District's assets to secure those funds. In particular, the MSA authorized HCCA to act as attorney-in-fact for the District and gave HCCA the power to execute any financial instrument necessary to secure its loans to the District, if such loans proved necessary.

9. From 2014 to 2017 HCCA loaned the District $10,233,950.05 (the "Loans") to cover expenses.

10. On September 28, 2017, the District recorded a deed of trust in favor of HCCA to secure the Loans. I signed the deed of trust on behalf of the District.

11. The District's board membership changed several times during HCCA's tenure. At no time was the MSA or any of its components formally or informally challenged by the board.

12. After the most recent change in membership on the District's board, the District abruptly and without notice declared bankruptcy.

I make this declaration under penalty of perjury under the laws of the state of California. I execute this declaration on July 24, 2018 in Los Angeles, California.

YORAI (BENNY) BENZEEVI, MD

3OP1005                    3                    DECLARATION OF Y. BENZEEVI

ORIGINAL