**5**

HAGOP T. BEDOYAN, CSB NO. 131285
KURT D. VAN SCIVER, CSB NO. 263957
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
       kvansciver@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Debtor.<br><hr>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Plaintiff,<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company,<br>            Defendant. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>**Adversary Pro. No.: 18-01005-B**<br><br>DC No. WW-1<br><br>**HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S RESPONSE TO SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY RELIEF**<br><br>Date:     August 15, 2018<br>Time:    1:30 p.m.<br>Place:   2500 Tulare Street<br>          Courtroom 13<br>          Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

Defendant, Healthcare Conglomerate Associates, LLC respectfully submits this Response to the Statement of Undisputed Facts pursuant to Local Bankruptcy Rule 7056-1.

///

///

///

| Moving Party's Claimed Undisputed Facts and Supporting Evidence | Moving Party's Evidence | Plaintiff's Response and Evidence |
|---|---|---|
| 1. Healthcare Conglomerate Associates, LLC is owned, controlled and managed by Yorai Benzeevi, MD | Exhibits B and C to request for Judicial Notice; Declaration of Yorai (Benny) Benzeevi, MD. In Support of healthcare Conglomerate Associates, LLC's Opposition to Motion for Authorization to Reject Executory Contract (Dkt. 88) ("Benzeevi Decl.") at p.2, ¶ 1, lns 1-5; First Amended Complaint to Avoid Preferential Transfers, Fraudulent Conveyance, Declaratory Relief and Cancellation of Written Instrument ("Complaint") (Dkt. 27) at 5; Healthcare Conglomerate Associates, LLC's Answer to First Amended Complaint to Avoid Preferential Transfers, Fraudulent Conveyance, Declaratory Relief and Cancellation of Written Instrument (Dkt. 35) "Answer") at ¶ 5. | Admit. |
| 2. The Tulare Local Healthcare District is a public | Exhibit A to Request for Judicial Notice at p. 1, Article 1, section 2. | Admit as stated in the District's Separate Statement |

| Moving Party's Claimed Undisputed Facts and Supporting Evidence | Moving Party's Evidence | Plaintiff's Response and Evidence |
|---|---|---|
| local healthcare district organized under the Local Hospital District Law set forth in California's Health and Safety. | | of Undisputed Facts. However, there is a discrepancy between the asserted second undisputed fact here and the asserted second undisputed fact which is asserted in the Motion. See Motion at 13:24 (asserting it is undisputed that the District "adopted and is governed by its Bylaws" as the second undisputed fact). The second undisputed facts in the Motion is denied. The MSA was agreed to by the District's board in a unanimous vote and it provides that the provisions of the MSA will govern if in conflict with the Bylaws. (Decl. Y. Benzeevi ¶¶ 6-7; Management Services Agreement § 3(a).) |
| 3. On May 29, 2014, HCCA and the District entered into a contract involving four agreements consisting of a management Services | Exhibit 2 to Benzeevi decl.; Dkt Nos. 37, 38, 39 and 40. | Admit. |

| Moving Party's Claimed Undisputed Facts and Supporting Evidence | Moving Party's Evidence | Plaintiff's Response and Evidence |
|---|---|---|
| Agreement ("MSA"), Interim Joint Operating Agreement, Joint Operating Agreement and Option. | | |
| 4. On September 27, 2017, Benzeevi executed a document entitled Short Form Deed of trust and Assignment of Rents which was recorded in the Official Records of the County of Tulare as Instrument No. 2017-00593389 on September 28, 2017. | Paragraphs 6 and 7 of the Complaint; Exhibit A to the Complaint; HCCA's Answer at paragraphs 6 and 7. | Admit; however, Benzeevi executed the deed of trust on behalf of the District. (Decl. Y. Benzeevi ¶¶ 7-10; Management Services Agreement §§ 3(a), 4(a)(i), 4(j)(i)(3).) |
| 5. The minutes and resolutions of the District for the time period from January 1, 2014 through December 1, 2017, including the minutes and resolution maintained at the District's office and the minutes and records of the District maintained on HCCA's website as of June 28, 2018: (a) do not indicate that Benzeevi was | Declaration of Sernovia Gutierrez at Paragraphs 4 and 5 | Admit as to subparagraphs (a) and (b). Deny as to subparagraphs (c) and (d), insofar as the District hired HCCA as manager of the District with authority to designate a CEO of the District and Dr. Benzeevi was acting in this capacity. (Decl. Y. Benzeevi ¶¶ 6-10; Management Services Agreement §§ 3(a), 4(a)(i), 4(j)(i)(3).) |

| Moving Party's Claimed Undisputed Facts and Supporting Evidence | Moving Party's Evidence | Plaintiff's Response and Evidence |
|---|---|---|
| elected to be a member of the Board of Directors at any time; (b) do not indicate that the Benzeevi was elected by any Board Members to be an officer of the District; Board of Directors (c) do not indicate that the District's Board of Directors appointed Benzeevi as the Chief Executive Officer of the District; (d) do not indicate that the District entered into a contract of employment with Benzeevi to serve as Chief Executive Officer or manager of the District. | | |

Dated: July 25, 2018

KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN, ESQ.,
Attorneys for HealthCare Conglomerate Associates, LLC