HAGOP T. BEDOYAN, CSB NO. 131285
KURT D. VAN SCIVER, CSB NO. 263957
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL LLP
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
 kvansciver@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br>_____<br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company,<br><br>Defendant. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>Adversary Pro. No.: 18-01005-B<br><br>DC No. WW-1<br><br>**HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S EVIDENTIARY OBJECTIONS IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY RELIEF**<br><br>Date:     August 15, 2018<br>Time:     1:30 p.m.<br>Place:    2500 Tulare Street<br>           Courtroom 13<br>           Fresno, CA 93721<br>Judge:    Honorable René Lastreto II |

Healthcare Conglomerate Associates, LLC ("Defendant" or "HCCA") makes the following evidentiary objections to the evidence introduced by Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Plaintiff" or "District").

///

///

## Objection One

*Evidence Objected To*

Declaration of Senovia Gutierrez in support of motion for partial summary judgment, ¶ 5.

*Alleged Undisputed Facts Supported by Evidence*

This evidence allegedly supports SSUF ¶ 5.

*Basis for Objection*

Fed. R. Evid. 1002, 1004, 1006 (original documents required to prove content of writing).

Fed. R. Evid. 801, 802 (hearsay).

Dated: July 25, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN, ESQ.,
Attorneys for HealthCare Conglomerate Associates, LLC