HAGOP T. BEDOYAN, CSB NO. 131285
KURT D. VAN SCIVER, CSB NO. 263957
**KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
        kvansciver@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>_____<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company,<br><br>Defendant. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>**Adversary Pro. No.: 18-01005-B**<br><br>DC No. WW-1<br><br>**HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S SEPARATE STATEMENT OF DISPUTED FACTS IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON SIXTH CLAIM FOR DECLARATORY RELIEF**<br><br>Date:    August 15, 2018<br>Time:   1:30 p.m.<br>Place:  2500 Tulare Street<br>          Courtroom 13<br>          Fresno, CA 93721<br>Judge:  Honorable René Lastreto II |

Defendant, Healthcare Conglomerate Associates, LLC respectfully submits this Separate Statement of Disputed Facts pursuant to Local Bankruptcy Rule 7056-1.

///

///

///

| Responding Party's Disputed Facts | Evidence in Support |
|---|---|
| 1. The District's board authorized Healthcare Conglomerate Associates, LLC ("HCCA") to appoint a CEO for the Tulare Local Healthcare District (the "District"). | Declaration of Yorai (Benny) Benzeevi in opposition to motion for summary judgment ("Decl. Y. Benzeevi") ¶ 7. Management Services Agreement ("MSA") § 4(a)(i).) |
| 2. Yorai (Benny) Benzeevi acted as CEO of the District pursuant to the Management Services Agreement ("MSA"). | Decl. Y. Benzeevi ¶ 7; MSA § 4(a)(i). |
| 3. Yorai (Benny) Benzeevi signed the Short Form Deed of trust and Assignment of Rents which was recorded in the Official Records of the County of Tulare as Instrument No. 2017-00593389 on September 28, 2017 (the "Deed of Trust") as CEO of the District. | Decl. Y. Benzeevi ¶¶ 7-10; MSA § 4(a)(i) Deed of Trust, paragraphs 6 and 7 of the Complaint; Exhibit A to the Complaint; HCCA's Answer at paragraphs 6 and 7. |
| 4. Yorai (Benny) Benzeevi had authority to sign the Deed of Trust on behalf of the District as its CEO. | Decl. Y. Benzeevi ¶¶ 7-10; MSA § 4(a)(i). |
| 5. The MSA gave HCCA and the CEO of the District the power to sign a deed of trust encumbering the District's real property on behalf of the District. | Decl. Y. Benzeevi ¶ 7; MSA §§ 3(a), 4(a)(i), 4(j)(i)(3). |
| 6. The MSA made HCCA the manager of the District, not simply the Hospital. | Decl. Y. Benzeevi ¶ 7; MSA § 3(a). |
| 7. In a conflict between the Bylaws and the MSA, the terms of the MSA are controlling. | Decl. Y. Benzeevi ¶ 7; MSA § 3(a). |

Dated: July 25, 2018

KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN, ESQ.,