2

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@w2lg.com

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER,

    Debtor.

Tax ID #:    94-6002897
Address:    869 N. Cherry Street
    Tulare, CA 93274

---

TULARE LOCAL HEALTHCARE DISTRICT,
dba TULARE REGIONAL MEDICAL
CENTER,

    Plaintiff,

vs.

HEALTHCARE CONGLOMERATE
ASSOCIATES, LLC, a California limited
liability company,

    Defendant.

CASE NO.  17-13797

Chapter 9

ADV PROC. NO. 18-01005

DC No.: WW-1

**STIPULATION FOR EXTENSION OF
TIME TO FILE REPLY RE MOTION
FOR PARTIAL SUMMARY
JUDGMENT ON SIXTH CLAIM FOR
DECLARATORY JUDGMENT AND
ORDER THEREON**

Date:    August 15, 2018
Time:    1:30 p.m.
Place:    2500 Tulare Street
    Fresno, CA 93721
    Courtroom 13
Judge:    Honorable René Lastreto II

///

Stipulation for Extension of Time to File Reply re Motion for
Partial Summary Adjudication on Sixth Claim for Declaratory

-1-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v.
HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory
Judgment\stip.073118.gaa.docx

RECEIVED
July 31, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006329824

1       IT IS HEREBY STIPULATED AND AGREED by and between Healthcare

2   Conglomerate Associates, LLC and Tulare Local Healthcare District, by their counsel,

3   that Tulare Local Healthcare District shall have until August 3, 2018 to file its reply to the

4   response previously filed by Healthcare Conglomerate Associates, LLC.

5

6   IT IS SO AGREED.

7   Dated: July 31, 2018                          WALTER WILHELM LAW GROUP,
                                                   a Professional Corporation
8

9                                 By:    _____

10                                       Riley C. Walter,
                                         Attorneys for Plaintiff Tulare Local Healthcare
11                                       District

12   Dated:  July 31, 2018                        KLEIN, DENATALE, GOLDNER,
13                                                 COOPER, ROSENLIEB & KEMBALL, LLC

14

15                                By:    _____

16                                       Hagop Bedoyan, Attorney for
                                         Healthcare Conglomerate Associates, LLC

17

18

19

20

21

22

23   IT IS SO ORDERED.

24   Dated: Aug 01, 2018                          By the Court

25

26                                               _____

27                                               René Lastreto II, Judge
                                                 United States Bankruptcy Court
28

---

Stipulation for Extension of Time to File Reply re Motion for          -2-
Partial Summary Adjudication on Sixth Claim for Declaratory
Judgment                                                M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v.
                                                        HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory
                                                        Judgment\stip.073118.gaa.docx