```
WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@w2lg.com
```

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>             Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>    Defendant. | ADV PROC. NO. 18-01005<br><br>DC No.: WW-1<br><br>**STIPULATION TO CONTINUE HEARING AND ORDER THEREON**<br><br>Date:    August 15, 2018<br>Time:    1:30 p.m.<br>Place:   2500 Tulare Street<br>          Fresno, CA 93721<br>          Courtroom 13<br>Judge:  Honorable René Lastreto II |

///

RECEIVED
August 03, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006332179

IT IS HEREBY STIPULATED AND AGREED by and between Tulare Local Healthcare District, and Healthcare Conglomerate Associates, LLC, by counsel, as follows.

1. On January 23, 2018 Tulare Local Healthcare District filed an adversary proceeding against Healthcare Conglomerate Associates, LLC to avoid preferential transfers, fraudulent conveyance and for declaratory relief.

2. On May 8, 2018 Tulare Local Healthcare District filed its amended complaint

3. On June 4, 2018 Healthcare Conglomerate Associates, LLC filed its answer to the amended complaint.

4. On July 2, 2018 Tulare Local Healthcare District filed its Motion for Partial Summary Judgment on Sixth Claim for Declaratory Judgment which is now set for hearing on August 15, 2018 at 1:30 p.m.

4. The parties have discussed this matter and agrees that this hearing will be continued to September 26, 2018 at 1:30 p.m. in Fresno.

///

<mark>
</mark>

Stipulation to Continue Hearing and Order Thereon -2-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory Judgment\stip.cont.080218.gaa.docx

5. The parties stipulate and agree to entry of a court order approving this stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB & KIMBALL LLP; and

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Hagop T. Bedoyan,
Marc A. Levinson, Attorneys for
Healthcare Conglomerate Associates, LLC

WALTER WILHELM LAW GROUP

By: _____
Riley C. Walter, Attorneys for
Tulare Local Healthcare District

## ORDER

Per the Stipulation of the Parties, it is so ordered.

Dated: Aug 03, 2018

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

Stipulation to Continue Hearing and Order Thereon    -3-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory Judgment\stip.cont.080218.gaa.docx