2

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Debtor.<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Plaintiff,<br>v.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC a California limited liability company,<br>            Defendant. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>**Adversary Pro. No.: 18-01005**<br><br>DC No.: N/A<br><br>Date:     August 15, 2018<br>Time:    1:30 p.m.<br>Place:   Dept. B Ct. Rm.: 13<br>           United States Courthouse<br>           2500 Tulare Street<br>           Fresno, CA 93721<br><br>Judge:   Honorable René Lastreto, II |

## UNILATERAL STATUS REPORT OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

    Defendant Healthcare Conglomerate Associates, LLC, ("Defendant"), hereby submits this adversary proceeding status report pursuant to the Court's Civil Minute issued on June 27, 2018. [Dk. No. 41]

///

On August 1, 2018, Defendant and Tulare Local Healthcare District, dba Tulare Regional Medical Center Plaintiff reached a global settlement agreement subject to the execution of a formal settlement and final approval by the Plaintiff's Board.

In light of the global settlement agreement, Defendant requests that the status conference hearing, set for August 15, 2018 at 1:30 p.m., be continued to September 26, 2018 at 1:30 p.m.

Dated 8/6, 2018

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
HAGOP T. BEDOYAN, Attorneys for
Healthcare Conglomerate Associates, LLC