2

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@w2lg.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| Debtor. | |
| Tax ID #:    94-6002897<br>Address:    869 N. Cherry Street<br>Tulare, CA 93274 | |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | ADV PROC. NO. 18-01005 |
| Plaintiff, | Date:        September 26, 2018<br>Time:        1:30 p.m.<br>Place:        2500 Tulare Street |
| vs. | Fresno, CA 93721<br>Courtroom 13 |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company, | Judge:        Honorable René Lastreto II |
| Defendant. | |

**JOINT STATUS REPORT OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC AND TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER**

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v.
HCCA Ad Proc 18-01005\joint status report.091218.gaa.docx

1        TO THE HONORABLE RENE LASTRETO II, UNITED STATES BANKRUPTCY

2   JUDGE:

3        Plaintiff Tulare Local Healthcare District dba Tulare Regional Medical Center

4   and Healthcare Conglomerate Associates, LLC, Defendant, hereby submits this

5   adversary proceeding status report pursuant to the Court's Civil Minutes issued on June

6   27, 2018 (ECF-41).

7        On August 1, 2018, Plaintiff and Defendant reached a global settlement

8   agreement subject to the execution of a formal settlement and final approval by the

9   Plaintiff's Board.

10       In light of the global settlement agreement, Plaintiff and Defendant requests that

11   the Status Conference hearing set for September 26, 2018 at 1:30 p.m. be continued to

12   December 19, 2018 at 1:30 p.m.

13

14   Dated: September 12, 2018     WALTER WILHELM LAW GROUP

15

16                            By: _____

17                             Riley C. Walter, Attorneys for
                              Tulare Local Healthcare District

18   Dated: September 12, 2018     KLEIN, DeNATALE, GOLDNER, ROSENLIEB

19                              & KIMBALL LLP

20

21                              By: _____

22                              Hagop T. Bedoyan, Attorneys for
                              Healthcare Conglomerate Associates, LLC

23

24

25

26

27

28

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. HCCA Ad Proc 18-01005\joint status report 091218 gaa.docx