3

1   WALTER WILHELM LAW GROUP
2   a Professional Corporation
    Riley C. Walter #91839
3   Kathleen D. DeVaney #156444
    Danielle J. Bethel #315945
4   205 E. River Park Circle, Suite 410
    Fresno, CA 93720
5   Telephone:    (559) 435-9800
    Facsimile:     (559) 435-9868
6   E-mail:       rileywalter@w2lg.com

(SPACE BELOW FOR FILING STAMP ONLY)

7   Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

8            UNITED STATES BANKRUPTCY COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                FRESNO DIVISION

11

12   In re

13   TULARE LOCAL HEALTHCARE
     DISTRICT, dba TULARE REGIONAL
14   MEDICAL CENTER,

15          Debtor.

16   Tax ID #:    94-6002897
     Address:     869 N. Cherry Street
17               Tulare, CA 93274

CASE NO.   17-13797

Chapter 9

18
19   TULARE LOCAL HEALTHCARE DISTRICT,
     dba TULARE REGIONAL MEDICAL
     CENTER,
20
21          Plaintiff,

22   vs.

23   HEALTHCARE CONGLOMERATE
     ASSOCIATES, LLC, a California limited
24   liability company,

25          Defendant.

ADV PROC. NO. 18-01005

DC No.: WW-1

**STIPULATION TO CONTINUE
HEARING AND ORDER THEREON**

Date:        September 26, 2018
Time:       1:30 p.m.
Place:      2500 Tulare Street
             Fresno, CA 93721
             Courtroom 13
Judge:     Honorable René Lastreto II

26
27   ///
28

Stipulation to Continue Hearing and Order Thereon       -1-

RECEIVED
September 12, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006356299

IT IS HEREBY STIPULATED AND AGREED by and between Tulare Local Healthcare District, and Healthcare Conglomerate Associates, LLC, by counsel, as follows.

1.     On January 23, 2018 Tulare Local Healthcare District filed an adversary proceeding against Healthcare Conglomerate Associates, LLC to avoid preferential transfers, fraudulent conveyance and for declaratory relief.

2.     On May 8, 2018 Tulare Local Healthcare District filed its amended complaint

3.     On June 4, 2018 Healthcare Conglomerate Associates, LLC filed its answer to the amended complaint.

4.     On July 2, 2018 Tulare Local Healthcare District filed its Motion for Partial Summary Judgment on Sixth Claim for Declaratory Judgment which is now set for hearing on September 26, 2018 at 1:30 p.m.

4.     The parties have discussed this matter and agrees that this hearing will be continued to December 19, 2018 at 1:30 p.m. in Fresno.

///
///
///
///
///
///
///
///
///
///
///
///
///

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v.
HCCA Ad Proc 18-01005\WW-1 Motion for Declaratory
Judgment\stip.cont.091218.gaa.docx

5.    The parties stipulate and agree to entry of a court order approving this
stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB
& KIMBALL LLP

By: _____
    Hagop T. Bedoyan, Attorneys for
    Healthcare Conglomerate Associates, LLC

WALTER WILHELM LAW GROUP

By: _____
    Riley C. Walter, Attorneys for
    Tulare Local Healthcare District

**ORDER**

Per the Stipulation of the Parties, it is so ordered.

Dated: Sep 12, 2018                    By the Court

                                       _____
                                       René Lastreto II, Judge
                                       United States Bankruptcy Court