# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District  
**Adversary Title:** Tulare Local Healthcare District v. Healthcare Conglomerate Associates, LLC

**Case No.:** 17-13797 - B - 9  
**Adv No.:** 18-01005

**Docket Control No.** WW-1  
**Date:** 09/26/2018  
**Time:** 1:30 PM

**Matter:** [45] - Motion/Application For Partial Summary Judgment [WW-1] Filed by Plaintiff Tulare Local Healthcare District (rpaf)

**Judge:** René Lastreto II  
**Courtroom Deputy:** Debbie Chavez  
**Reporter:** Not Recorded  
**Department:** B

**APPEARANCES for:**  
**Movant(s):**  
None  
**Respondent(s):**  
None

## CIVIL MINUTES

HEARING TO BE HELD ON 12/19/2018 at 1:30 PM at Fresno Courtroom 13, Department B

Pursuant to the parties' stipulation, the matter was continued to December 19, 2018 at 1:30 p.m. Doc. #75.