## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District
**Adversary Title:** Tulare Local Healthcare District v. Healthcare Conglomerate Associates, LLC

**Case No.:** 17-13797 - B - 9
**Adv No.:** 18-01005

**Docket Control No.**
**Date:** 09/26/2018
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Amended Complaint - [27] - [27] - Amended Complaint filed by Plaintiff Tulare Local Healthcare District (jbrm)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

HEARING TO BE HELD ON 12/19/2018 at 1:30 PM at Fresno Courtroom 13, Department B

Pursuant to the parties' stipulation, the matter was continued to December 19, 2018 at 1:30 p.m. Doc. #73.