2

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:     (559) 435-9800
Facsimile:      (559) 435-9868
E-mail:          rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| Debtor. | |
| Tax ID #:   94-6002897<br>Address:    869 N. Cherry Street<br>                   Tulare, CA 93274 | |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | ADV. PROC. NO. 18-01005 |
| Plaintiff, | Date:       February 27, 2019<br>Time:      1:30 p.m.<br>Place:      2500 Tulare Street<br>                 Fresno, CA 93721<br>                 Courtroom 13 |
| vs. | |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company, | Judge:     Honorable René Lastreto II |
| Defendant. | |

**JOINT STATUS REPORT OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC AND TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER**

**JOINT STATUS REPORT OF HEALTHCARE CONGLOMERATE
ASSOCIATES, LLC AND TULARE LOCAL HEALTHCARE DISTRICT,
dba TULARE REGIONAL MEDICAL CENTER**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY
JUDGE:

Plaintiff Tulare Local Healthcare District dba Tulare Regional Medical Center and Defendant Healthcare Conglomerate Associates, LLC, Defendant, hereby submits this joint adversary proceeding status report.

On August 1, 2018, Plaintiff and Defendant reached a global settlement agreement subject to the execution of a formal settlement and final approval by the Plaintiff's Board. That Board approval was granted on November 14, 2018.

The settlement has now been consummated and the parties will be filing a stipulation for dismissal. If the adversary proceeding has not been dismissed at the time of the status conference, the parties will appear and request dismissal at the Status Conference.

Dated: February 20, 2019          WALTER WILHELM LAW GROUP

By: *Riley C. Walter*
Riley C. Walter, Attorneys for
Tulare Local Healthcare District

Dated: February 20, 2019          KLEIN, DeNATALE, GOLDNER, ROSENLIEB
& KIMBALL LLP

By: *Hagop T. Bedoyan*
Hagop T. Bedoyan, Attorneys for
Healthcare Conglomerate Associates, LLC