WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@W2LG.com

Attorneys for Plaintiff and Debtor Tulare Local Healthcare District

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　Plaintiff,<br><br>vs.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, a California limited liability company,<br><br>　　Defendant. | ADV PROC. NO. 18-01005<br><br>Date:　　N/A<br>Time:　　N/A<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

**STIPULATION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO F.R.B.P. 7041 AND F.R.C.P. 41(a)(1)(A)(ii)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

The above captioned Adversary Proceeding was originally commenced by the Debtor on January 23, 2018. Since that time Plaintiff and Defendant have come to an agreed upon resolution and a compromise and settlement.

This Adversary Proceeding has been fully settled and resolved. The parties hereby stipulate to the Court's entry of dismissal of this Adversary Proceeding with prejudice, and to dropping from calendar all the related motions now set for hearing on April 10, 2019 at 1:30 p.m.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that this Adversary Proceeding be dismissed with prejudice and that all related motions set for hearing on April 10, 2019 at 1:30 p.m. be dropped from calendar.

Dated: February 20, 2019	WALTER WILHELM LAW GROUP

By: _____
Riley C. Walter, Attorneys for
Tulare Local Healthcare District

Dated: February 18, 2019	KLEIN, DeNATALE, GOLDNER, ROSENLIEB & KIMBALL LLP

By: _____
Hagop T. Bedoyan, Attorneys for
Healthcare Conglomerate Associates, LLC